■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAIN ROMAN, Appellant. [727 NYS2d 304] —Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered April 22, 1999, convicting defendant, upon his plea of guilty, of

assault in the first degree, and sentencing him to a term of 6 years, unanimously affirmed.

There was no improvident exercise of discretion in the court's failure to grant youthful offender treatment given the seriousness of the crime. We perceive no basis for reduction of sentence. Concur—Nardelli, J. P., Ellerin, Wallach, Buckley and Friedman, JJ.